

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Josue Carrasco Izaguirre <br><br><br>**Plaintiff,**<br><br>**V.**<br><br>Warden, Otay Mesa Detention Center; Director, U.S. Immigration and Customs Enforcement (ICE); Secretary of the Department of Homeland Security; All other responsible federal officials <br> **Defendant.** | **Civil Action No.** 26-cv-03455-DMS-MSB<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court GRANTS the Petitioner's Petition for Writ of Habeas Corpus. Judgment is entered and the case is hereby closed.

**Date:**        7/29/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Contreras

R. Contreras, Deputy